UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PRUCO LIFE INSURANCE**
**COMPANY,**
    **Plaintiff,**
**v.**
          **CIVIL ACTION NO. 5:19-cv-55 DCB-MTP**

**LEIGH ANN KILLINGSWORTH, AMY**
**FREDETTE, and I.M.K., a minor**
    **Defendants.**

## PROPOSED ORDER TO DEPOSIT

Pruco Life Insurance Company ("Pruco") has filed its complaint in interpleader and with the consent of the Defendants, has requested permission to deposit into the registry of this Court: directing Pruco to distribute to the Clerk of this Court a check in the amount of $500,035.77 plus claim interest, representing the death benefit payable under Term Life Policy Number L8 331 331, by reason of the death of David C. Killingsworth ("Insured"); and a check in the amount of $250,019.31, plus claim interest, representing the death benefit payable under Term Life Policy Number L8 825 056, by reason of the death of the Insured (collectively "Death Benefits").

NOW THEREFORE, it is ordered as follows:
1. it is ordered that the Clerk of this Court shall accept the aforesaid checks and shall receive such funds into the registry of this Court for ultimate disposition by order of this Court in this action.

This 23rd day of October 2019.

                 _____/s/ David Bramlette_____
                 UNITED STATES DISTRICT JUDGE